**No. 57746.**—D. Hauser, Inc. *v.* United States, petition 6940–R (New York).

Opinion by JOHNSON, J. From the testimony, it appeared that there was an advance in value which amounted to less than 1 percent. The advance did not involve the merchandise other than the dutiable packing, which inadvertently was entered at $1.20 rather than $2. From an examination of the record it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JANUARY 7, 1954

**No. 57747.**—Teigh, Inc., et al. *v.* United States, protests 203550–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiffs was sustained.

**No. 57748.**—Langfelder, Homma & Carroll, Inc., and William Shaland *v.* United States, protests 212160–K and 212202–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.